IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

*Motion GRANTED. ICMC reset for 8/2/13 at 1:00 p.m.*

| | |
|---|---|
| HENRIETTA GUTTMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 3:13-cv-00478 |
| ) | |
| STONEY RIVER LEGENDARY STEAKS ) | Judge Trauger/Magistrate Brown |
| RESTAURANTS, INC., SRLS LLC 5006, ) | |
| STONEY RIVER LEGENDARY STEAKS ) | |
| MANAGEMENT COMPANY, LLC, and ) | |
| STONEY RIVER MANAGEMENT ) | |
| COMPANY, LLC. ) | |
| ) | |
| Defendants. ) | |

## JOINT MOTION TO RESCHEDULE INITIAL CASE MANAGEMENT CONFERENCE

Counsel for the parties move the Court to reschedule the initial case management conference set by the Court for Monday, August 5, 2013 at 3:30 p.m. As grounds, counsel each avers that he has previously scheduled matters that conflict with the initial case management conference as currently set. In particular, counsel for the defendants is scheduled to be out of town.

Counsel would request that the conference be reset for a time ordered by the Court on July 30, August 2, August 9, 2013 or for a date thereafter.

The requested rescheduling is not anticipated to delay these proceedings appreciably.