IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| HENRIETTA GUTTMAN, | ] | |
| | ] | |
| Plaintiff, | ] | |
| | ] | |
| vs. | ] | Civil No. 3:13-00478 |
| | ] | |
| STONEY RIVER LEGENDARY STEAKS | ] | Judge Trauger |
| RESTAURANTS, INC., SRLS LLC 5006, | ] | |
| STONEY RIVER LEGENDARY STEAKS | ] | Magistrate Judge Brown |
| MANAGEMENT COMPANY, LLC., and | ] | |
| STONEY RIVER MANAGEMENT | ] | |
| COMPANY, LLC. | ] | |
| | ] | |
| Defendants. | ] | |

**AGREED PROTECTIVE ORDER**

It appearing to the Court, as evidenced by the signatures of counsel below, that the parties are in agreement that certain insurance information to be produced by the defendants is of a confidential nature and that neither the information regarding insurance coverage nor the documents evidencing that information are to be used or disclosed by the plaintiff, her representatives, or her counsel for any reasons or purpose other than prosecuting this cause to its conclusion, it is therefore

**ORDERED, ADJUDGED, and DECREED** that any and all such information and documents, including policy limits, deductibles, self-insured retentions, and other particulars of the defendants' insurance coverage provided by the defendants in this case are produced for the sole purpose of the present action only, and that no such information or documents are to be divulged or otherwise transmitted or communicated by the plaintiff, her representatives, or her counsel to any other person, individual, or entity other than in connection with the prosecution of

1

this lawsuit.  It is further **ORDERED** that upon the termination of this litigation, the originals and all copies of any documents produced by the defendants relative to liability insurance be returned to counsel for the defendants or destroyed, with their destruction being certified in writing to counsel for the defendants if they are destroyed rather than returned.  All electronic copies or images of such insurance information shall likewise be deleted, with such deletion being certified in writing to counsel for the defendants by counsel for the plaintiff.

IT IS ORDERED.

Entered this 22nd  day of  August , 2013.

_____
ALETA A. TRAUGER
U.S. District Judge

APPROVED FOR ENTRY:

PHILLIP MILLER & ASSOCIATES

/s/_____
Phillip H. Miller (6845)
631 Woodland Street
Nashville, Tennessee 37206
(615) 356-2000

Attorney for Plaintiff

2

PARKER, LAWRENCE, CANTRELL & SMITH


/s/

M. Bradley Gilmore (13804)
201 Fourth Avenue North, Suite 1700
Nashville, Tennessee 37219
(615) 915-5227

Attorney for Defendants