IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| HENRIETTA GUTTMAN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 3:13-0478 |
| ) | Judge Trauger |
| SRLS LLC 5006, STONEY RIVER LEGENDARY,) | |
| STEAKS MANAGEMENT COMPANY, LLC, ) | |
| STONEY RIVER MANAGEMENT COMPANY, ) | |
| LLC, and STONEY RIVER LEGENDARY ) | |
| STEAKS RESTAURANT, INC., ) | |
| ) | |
| Defendants. ) | |

**O R D E R**

A discovery dispute telephone conference was held on November 25, 2013 with counsel for the parties. After listening to the presentation of both sides of this controversy, it is hereby **ORDERED** that the plaintiff will not be allowed to depose William G. "Buddy" Mullins, as it appears to the court that he does not have properly discoverable information.

It is so **ORDERED**.

ENTER this 25th day of November 2013.

_____
ALETA A. TRAUGER
U.S. District Judge