IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| HENRIETTA GUTTMAN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-0478 |
| | ) | Judge Trauger |
| SRLS LLC 5006, STONEY RIVER LEGENDARY, | ) | |
| STEAKS MANAGEMENT COMPANY, LLC, | ) | |
| STONEY RIVER MANAGEMENT COMPANY, | ) | |
| LLC, and STONEY RIVER LEGENDARY | ) | |
| STEAKS RESTAURANT, INC., | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

It is hereby **ORDERED** that, for the reasons expressed in the Memorandum entered by this court on January 13, 2014 (Docket No. 39), this case is **REMANDED** to the Circuit Court for Davidson County, Tennessee, from which it was improvidently removed. This court has no subject matter jurisdiction over this case.

It is so **ORDERED**.

ENTER this 28th day of January 2014.

_____
ALETA A. TRAUGER
U.S. District Judge